[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-11601
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 25, 2010
JOHN LEY
CLERK

D.C. Docket No. 1:08-cr-21097-JAL-17

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LARRY HUNTER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 25, 2010)

Before EDMONDSON, PRYOR and FAY, Circuit Judges

PER CURIAM:

David K. Tucker, appointed counsel for Larry Hunter in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hunter's conviction and sentence are **AFFIRMED**.